UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSE ZAMORA,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>BEN GUITRREZ, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 2:20-cv-01619-GMN-EJY<br><br>ORDER |

I.　**DISCUSSION**

　　　This action is a pro se civil rights action filed pursuant to 42 U.S.C. § 1983 by an individual who formerly was in the custody of the Nevada Department of Corrections. Plaintiff previously submitted an application to proceed in forma pauperis for prisoners. (ECF No. 1). The Court now directs Plaintiff to file an application to proceed in forma pauperis by a non-prisoner within 45 days from the date of this order or pay the full filing fee of $400. This action will not proceed unless and until this matter is resolved.

　　　Plaintiff has filed a motion for the Court to provide all documents in Spanish and English. (ECF No. 5). The Court denies that motion. Plaintiff submitted his complaint in English and indicated that he was the one who prepared the complaint. (ECF No. 1-1 at 10). Providing copies of all the Court's documents in Spanish would place an unnecessary burden on the Court.

/ / /

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that, within 45 days from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400.

IT IS FURTHER ORDERED that if Plaintiff's motion that the Court provide all documents in English and Spanish (ECF No. 5) is denied.

DATED THIS 20 day of May 2021.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE